UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE CLATION, | 1:12-cv-01974-LJO-GSA-PC |
| Plaintiff, | ORDER VACATING FINDINGS AND RECOMMENDATIONS OF MARCH 13, 2013 |
| vs. | (Doc. 7.) |
| CARLA PENDLETON, et al., | ORDER FOR CLERK TO SEND CONSENT/DECLINE FOR TO PLAINTIFF |
| Defendants. | |
| | THIRTY DAY DEADLINE FOR PLAINTIFF TO RETURN FORM TO COURT |

Plaintiff is a prisoner proceeding with pro se with this civil rights action pursuant to 42 U.S.C. § 1983.  On March 13, 2013, the undersigned issued findings and recommendations to dismiss this action for Plaintiff's failure to comply with the Court's orders to complete and submit the Court's form (consent/decline form) indicating whether he consents to or declines the jurisdiction of a Magistrate Judge pursuant to 28 U.S.C. § 636(c).  (Doc. 7.) On March 28, 2013, Plaintiff filed objections to the findings and recommendations, asserting that he never received the Court's consent/decline form, and that he wishes to consent to Magistrate Judge Jurisdiction.  In light of Plaintiff's objections, the findings and recommendations shall be vacated, and the Clerk shall be directed to send Plaintiff a new consent/decline form.  Plaintiff is required to complete and return the form to the Court within thirty days.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on March 13, 2013, are VACATED;
2. The Clerk is DIRECTED to send Plaintiff the Court's consent/decline form;
3. Within thirty days from the date of service of this order, Plaintiff shall complete and return the consent/decline form, indicating whether he consents to or declines the jurisdiction of a Magistrate Judge in this action; and
4. Plaintiff's failure to comply with this order shall result in a recommendation that this case be dismissed.

IT IS SO ORDERED.

Dated: **April 1, 2013**               **/s/ Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE