UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE CLATION,<br><br>   Plaintiff,<br><br>   vs.<br><br>C. PENDLETON, et al.,<br><br>   Defendants. | 1:12-cv-01974-LJO-GSA-PC<br><br>ORDER VACATING FINDINGS AND RECOMMENDATION OF MAY 28, 2013<br>(Doc. 13.)<br><br>ORDER DEEMING FIRST AMENDED COMPLAINT TIMELY FILED<br>(Doc. 14.) |

Tyrone Clation ("Plaintiff") is a prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on December 4, 2012. (Doc. 1.)

On May 28, 2013, the court entered findings and a recommendation, recommending that this action be dismissed for failure to state a claim, based on Plaintiff's failure to file a First Amended Complaint pursuant to the court's order of April 22, 2013. (Doc. 11.) On May 28, 2013, Plaintiff filed the First Amended Complaint, and on June 24, 2013, Plaintiff filed objections to the findings and recommendation. (Docs. 14, 15.) In light of the fact that Plaintiff has now filed the First Amended Complaint, and good cause appearing, Plaintiff's First Amended Complaint shall be deemed timely filed, and the findings and recommendation shall be vacated.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendation, entered on May 28, 2013, are VACATED; and

2. Plaintiff's First Amended Complaint, filed on May 28, 2013, is deemed timely filed and shall be screened by the court in due time.

IT IS SO ORDERED.

Dated:   **June 25, 2013**                               **/s/ Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE